# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 21-2295V

FRANCIS MILLER,

                Petitioner,

v.

SECRETARY OF HEALTH AND
HUMAN SERVICES,

                Respondent.

Chief Special Master Corcoran

Filed: December 4, 2023

*Joseph Alexander Vuckovich, Maglio Christopher & Toale, PA, Washington, DC, for Petitioner.*

*Adam Nemeth Muffett, U.S. Department of Justice, Washington, DC, for Respondent.*

## DECISION AWARDING DAMAGES[1]

On December 4, 2023, Francis Miller filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that he suffered from Guillain-Barre Syndrome ("GBS") following an influenza vaccination he received on October 22, 2019. Petition at ¶¶ 1, 8, 10. Petitioner further alleges that his vaccine-related symptoms have persisted longer than six months. Petition at ¶ 11. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On December 1, 2023, Respondent filed a Rule 4(c) Report and Proffer on Damages ("Rule 4/Proffer"). ECF No.36. On December 4, 2023, a ruling on entitlement was issued, finding Petitioner entitled to compensation for his GBS. Respondent's Rule 4/Proffer indicates that Petitioner should be awarded $362,226.07, representing $215,000.00 for pain and suffering, $1,883.07 for past unreimbursed expenses, and $145,343.00 in lost wages. Rule 4/Proffer at 6-7. In the Rule 4/Proffer, Respondent

[1] Because this Decision contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

represented that Petitioner agrees with the proffered award. *Id.* Based on the record as a whole, I find that Petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the Rule 4/Proffer, **I award Petitioner a lump sum payment of $362,226.07, representing $215,000.00 for pain and suffering, $1,883.07 for past unreimbursed expenses, and $145,343.00 in lost wages, in the form of a check payable to Petitioner.** This amount represents compensation for all damages that would be available under Section 15(a).

The clerk of the court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**


**s/Brian H. Corcoran**
Brian H. Corcoran
Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.